IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Griffin, Claretha

Printed: 2/19/08

Case Number: 05 B 03064
Judge: Wedoff, Eugene R
Filed: 1/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 20, 2007
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,457.21 |  |
| Secured: |  | 1,705.77 |
| Unsecured: |  | 6,431.23 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 520.85 |
| Other Funds: |  | 605.36 |
| Totals: | 11,457.21 | 11,457.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,194.00 | 2,194.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 19,544.23 | 1,705.77 |
| 4. | Portfolio Recovery Associates | Unsecured | 80.05 | 800.49 |
| 5. | Salem Investments LLC | Unsecured | 160.89 | 1,251.51 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 106.00 | 1,060.00 |
| 7. | Resurgent Capital Services | Unsecured | 306.64 | 3,066.43 |
| 8. | Jefferson Capital | Unsecured | 25.28 | 252.80 |
| 9. | Bank One | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,417.09 | $ 10,331.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 62.35 |
| 3% | 34.79 |
| 5.5% | 214.03 |
| 5% | 59.84 |
| 4.8% | 126.03 |
| 5.4% | 23.81 |
|  | $ 520.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Griffin, Claretha | Case Number:  05 B 03064 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/19/08 | Filed:  1/31/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

                            _/s/ Mack_____